UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BRANDON SCOTT,

              Plaintiff,

     -against-

HARLEM VILLAGE ACADEMIES WEST
ELEMENTARY,

              Defendant.

------------------------------------- x

ORDER

21 Civ. 2910 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the Plaintiff's notice that the parties have reached a settlement in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report by July 1, 2021.

Dated: May 26, 2021
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge